UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ELBERT DAWKINS on behalf of himself
and all others similarly situated

                                                Plaintiff,

-v.-

AUNTIE ANNE'S FRANCHISOR SPV, LLC

                                                Defendants.

-------------------------------------------------------------------

Civil Action No:
1:22-cv-3146

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Elbert Dawkins and the Defendant Auntie Anne's Franchisor SPV, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 28, 2022

| For Plaintiff Elbert Dawkins | For Defendant Auntie Anne's Franchisor SPV, LLC |
|---|---|
| s/Mark Rozenberg | s/Cherelle I. Glimp |
| Mark Rozenberg | Cherelle I. Glimp |
| Stein Saks, PLLC | DLA Piper |
| One University Plaza | 1251 Ave of the Americas |
| Hackensack, NJ 07601 | New York, NY 10020 |
| Ph: (201) 282-6500 | Ph: (212) 335-4899 |
| mrozenberg@steinsakslegal.com | Cherelle.Glimp@dlapiper.com |

1

*So Ordered*

/s/(NG)

Nina Gershon, USDJ
September 30, 2022.